**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6477**

ANTHONY Q. KELLY,

Petitioner - Appellant,

v.

FRANK B. BISHOP, Jr., Warden; JOHN MCCARTHY, State's Attorney; ATTORNEY GENERAL OF MARYLAND,

Respondents - Appellees.

**No. 18-6540**

ANTHONY QUENTIN KELLY,

Petitioner - Appellant,

v.

WARDEN FRANK B. BISHOP, JR.; JOHN MCCARTHY, State Attorney; ATTORNEY GENERAL OF MARYLAND,

Respondents - Appellees.

Appeals from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:17-cv-02330-RDB; 1:17-cv-02066-RDB)

Submitted: October 25, 2018                    Decided: November 8, 2018

———————————

Before GREGORY, Chief Judge, MOTZ, Circuit Judge, and TRAXLER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Anthony Quentin Kelly, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Quentin Kelly seeks to appeal the district court's orders dismissing as untimely his 28 U.S.C. § 2254 (2012) petitions. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack*, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Kelly has not made the requisite showing. Accordingly, we deny Kelly's motion for a certificate of appealability and dismiss the appeals. We grant Kelly's motion for extension of time and deny his motions for bail or release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*